UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIHAI CHEN; DUALTONE AUTOMOTIVE, INC. on behalf of themselves and a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED WASTE SYSTEMS, INC.; REPUBLIC SERVICES, INC.; DOES 1–50, inclusive,<br><br>Defendants. | Case No.: 22cv99-JO-WVG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS** |

On April 5, 2022, Defendants filed a motion to dismiss Plaintiffs' first amended complaint. Dkt. 18. The Court held oral argument on the motion on November 9, 2022. For the reasons stated on the record at the oral argument, the Court GRANTS IN PART AND DENIES IN PART the motion to dismiss [Dkt. 18]. Plaintiffs' second and fourth claims are dismissed without prejudice. Plaintiffs may file an amended complaint on or

before December 9, 2022.  Before Plaintiffs may do so, they are ordered to review *Sonner v. Premier Nutrition Corp.*, 971 F.3d 834 (9th Cir. 2020) and *Guzman v. Polaris Indus. Inc.*, 49 F.4th 1308 (9th Cir. 2022), which explain that a federal court has equitable jurisdiction only where a plaintiff has no adequate legal remedy against a defendant for the same harm.

**IT IS SO ORDERED.**

Dated: November 21, 2022

Hon. Jinsook Ohta
United States District Judge