# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF, QIHAI CHEN on behalf of himself and a class of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLIED WASTE SYSTEMS, INC.; REPUBLIC SERVICES, INC.; DOES 1-50, inclusive<br><br>  Defendants. | Case No. 3:22-cv-00099-JO-WVG<br><br>Hon. Jinsook Ohta<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CERTAIN CLAIMS AND PARTIES BASED ON STIPULATED FACTS**<br><br>Complaint Filed: January 25, 2022<br>First Am. Compl. Filed: March 22, 2022<br>Trial Date: Not set |

Plaintiffs Qihai Chen ("Chen") and Dualtone Automotive, Inc. ("Dualtone") (collectively, "Plaintiffs"), and Defendants Allied Waste Systems, Inc. ("Allied") and Republic Services, Inc.'s ("RSI") (collectively, "Defendants"), filed a joint motion to dismiss certain claims and parties ("Joint Motion").

Having reviewed the Joint Motion and finding good cause so exists, it is hereby ordered that:

1. Republic Services, Inc. is dismissed without prejudice from the action.
2. The claim for conversion is dismissed without prejudice from the action.
3. Allied Waste Systems, Inc. shall have thirty (30) days upon entry of this Order to file its answer to the remaining claim in the First Amended Complaint for breach of contract.

**IT IS SO ORDERED.**

Dated: December 14, 2022  _____
Hon. Jinsook Ohta
United States District Court Judge
Southern District of California

ORDER GRANTING JOINT MOTION TO DISMISS CERTAIN CLAIMS AND PARTIES BASED ON STIPULATED FACTS