UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIHAI CHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED WASTE SYSTEMS, et al.,<br><br>Defendants. | Case No.: 22-CV-99-JO-WVG<br><br>**ORDER ON JOINT MOTION FOR PROTECTIVE ORDER** |

Before the Court is the Parties' Joint Motion for Protective Order ("Joint Motion"). (Doc. No. 51.) Having reviewed and considered the Parties' submission, the Court finds the Parties failed to comply with this Court's Civil Chambers Rule V: Stipulated Protective Order Provisions for Filing Documents under Seal. Accordingly, the Court DENIES the Parties' Joint Motion without prejudice. Should the Parties seek to renew their Joint Motion, they shall ensure they fully comply with all applicable rules.

**IT IS SO ORDERED.**

DATED: April 5, 2023

Hon. William V. Gallo
United States Magistrate Judge