UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIHAI CHEN; DUALTONE AUTOMOTIVE, INC.,[1] *on behalf of themselves and a class of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED WASTE SYSTEMS, INC., et al.,<br><br>Defendants. | Case No.:  22-CV-99-JO-WVG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION REQUESTING ADDITIONAL TIME TO MEET AND CONFER**<br><br>[Doc. No. 59] |

On August 21, 2023, Plaintiffs Qihai Chen and Dualtone Automotive, Inc. ("Plaintiff") and Defendant Allied Waste Systems, Inc. ("Defendant") filed their second Joint Motion Requesting Additional Time to Meet and Confer regarding potential discovery disputes.  Doc. No. 59.  Upon review of the parties' submission, the Court **GRANTS** the parties' Joint Motion **IN PART**.  The Court finds good cause to provide the parties with additional time to try to resolve their potential discovery disputes.  Accordingly, the parties shall contact the Court, in accordance with Section IV of U.S.

---

[1] Dualtone Automotive, Inc. became a Plaintiff in this case on March 22, 2022.  Doc. No. 16.  The Court **DIRECTS** the Clerk of Court to update the case caption accordingly.

1

Magistrate Judge William V. Gallo's Civil Chambers Rules, with their remaining discovery disputes, if any, no later than **September 8, 2023**. **The parties are cautioned that further extensions of time are unlikely to be granted**.

The parties also request in their Joint Motion to extend the Scheduling Order deadlines for class certification, fact discovery, and expert designations by thirty (30) to forty-five (45) days. Doc. No. 59 at 3. The Court notes that the Scheduling Order in this case was issued over five months ago, and that the parties indicate in their Joint Motion, as well as their previous, almost identical Joint Motion (Doc. No. 57), that they only began exchanging discovery at the end of June 2023. Although the Court granted the parties two extensions of time to meet and confer on potential discovery disputes, the Court does not find that the parties have demonstrated the necessary diligence that would warrant the requested extensions of the Scheduling Order. For these reasons, the Court **DENIES** the parties' request to extend the deadlines for class certification, fact discovery, and expert designations.

**IT IS SO ORDERED**.

Dated: August 22, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge