# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF, QIHAI CHEN on behalf of himself and a class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED WASTE SYSTEMS, INC.; REPUBLIC SERVICES, INC.; DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:22-cv-00099-JO-VET<br><br>Hon. Jinsook Ohta<br>Magistrate Judge Hon. Valerie E. Torres<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br><br>Complaint filed:   January 25, 2022<br>FAC filed:         March 22, 2022<br>Trial date:        Not set |

The Court read and considered the Joint Motion of Plaintiffs, Qihai Chen ("**Chen**") and Dualtone Automotive, Inc. ("**Dualtone**") (collectively, "**Plaintiffs**") and Defendant Allied Waste Systems, Inc. ("Allied") (collectively, the "**Parties**") for dismissal of the entire action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS HEREBY ORDERED that;

1. The joint motion for dismissal of the entire action with prejudice is GRANTED;

2. Each party shall bear their own fees and costs; and

3. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 4/22/24

Hon. Jinsook Ohta
United States District Judge

- 1 -
ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE